IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PETE KILPATRICK                                                                             PLAINTIFF

v.                              NO. 3:17-cv-00183 PSH

NANCY A. BERRYHILL, Acting Commissioner                                    DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Pete Kilpatrick has filed the pending unopposed motion for extension of time to file a brief. See Pleading 11. For good cause shown, the motion is granted. Plaintiff is given up to, and including, January 13, 2018, to file his brief. The brief from the Acting Commissioner of the Social Security Administration is due forty-two days from the filing of plaintiff's brief.

IT IS SO ORDERED this 13th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE