IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PETE KILPATRICK                                                                                    PLAINTIFF

v.                              NO. 3:17-cv-00183 PSH

NANCY A. BERRYHILL, Acting Commissioner                                  DEFENDANT
of the Social Security Administration

## ORDER

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed an unopposed motion for an enlargement of time. See Docket Entry 15. For good cause shown, the motion is granted. The Commissioner is given up to, and including, March 2, 2018, to file a supplemental transcript in this case. The brief from plaintiff Pete Kilpatrick is due no later than fourteen days after the filing of the supplemental transcript.

IT IS SO ORDERED this 12th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE