IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PETER CHARLES KILPATRICK                                              PLAINTIFF

v.                    NO. 3:17-cv-00183 PSH

NANCY A. BERRYHILL, Acting Commissioner                               DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 10th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE